**395**

**Daniel McRAE, Federal Detainee, Plaintiff–Appellant,**

v.

**CONMED, Charles City Detention Center, Defendant–Appellee,**

and

**Nancy Sidorowicz, a/k/a Nancy, P.A., Nurse, Defendant.**

No. 12–7712.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 28, 2012.

Decided: Dec. 12, 2012.

Daniel McRae, Appellant Pro Se. Thomas Althauser, Eccleston & Wolf, PC, Hanover, Maryland, for Appellee.

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel McRae seeks to appeal the district court's order granting Appellee's motion to dismiss the claims against Appellee. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order McRae seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant Appellee's motion to dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*